**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

| | | | |
|---|---|---|---|
| STATE OF DELAWARE, | ) | | |
| | ) | | |
| v. | ) | ID Nos. | 1807006946 |
| | ) | | 1904016248 |
| JALEN JACKSON, | ) | | |
| | ) | | |
| Defendant. | ) | | |

**ORDER**

This 20th day of July, 2023, upon consideration of Defendant, Jalen Jackson's ("Defendant") *pro se* Motion for Sentence Reduction (the "Motion"),[1] the sentence imposed upon Defendant, and the record in this case, it appears to the Court that:

1. On March 9, 2023, Defendant was found in violation of the terms of his probation and sentenced to one year at Level V, suspended after 120 days for six months at Level IV.[2]

2. On April 27, 2023, Defendant filed the instant Motion for Sentence Reduction, followed by a letter dated June 30, 2023 supplementing the Motion.[3]

3. The Court concludes that Defendant's sentence is appropriate for all the reasons stated at the time of sentencing. No additional information has been provided to the Court that would warrant a reduction or modification of this sentence.

---

[1] D.I. 34-35, ID No. 1807006946.
[2] D.I. 33, ID No. 1807006946.
[3] D.I. 34-35, ID No. 1807006946.

For the foregoing reasons, the Court finds that the Defendant's Motion for Modification of Sentence is hereby **DENIED**.

**IT IS SO ORDERED.**

_____
Sheldon K. Rennie, Judge

Original to Prothonotary

Cc:   Jalen Jackson (SBI #00799588)